UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW HARRIS,

    Plaintiff,

v.                                                          CASE NO. 8:14-cv-2913-T-23EAJ

PERFORMANCE TRANSPORTATION,
LLC,

    Defendant.
_____/

**ORDER**

The plaintiff moves (Doc. 3) for conditional class certification and authorization of notice to the class. After a hearing on the plaintiff's motion, the magistrate judge recommends (Doc. 24) granting the motion in part and denying the motion in part. The defendant objects (Doc. 26) to the report and recommendation. The plaintiff responds (Doc. 27) to the objection. A *de novo* review of the portion of the report and recommendation to which the defendant objects reveals that the defendant's objection is unfounded or unpersuasive.

Accordingly, the defendant's objection (Doc. 26) is **OVERRULED**. The report and recommendation (Doc. 24) is **ADOPTED**. The plaintiff's motion (Doc. 3) is **GRANTED IN PART AND DENIED IN PART**. The conditionally certified class comprises each driver who was employed at the defendant's Dover,

Florida, warehouse from a day three years before the day notice is sent until and including the day notice is sent and who drove for the defendant only within Florida. No later than April 1, 2015, for each member in the putative class who worked for the defendant at the Dover, Florida, warehouse from three years before the day of this order to the present, the defendant must produce the full name, the last known address, the telephone number, and the email address. If an individual becomes qualified for class membership from the day of this order to the day notice is sent, the defendant must promptly supplement the production. The parties must submit a revised notice and a revised consent-to-join correcting the deficiencies addressed in the report and recommendation. After approval of the revised notice and the revised consent-to-join, the plaintiff's counsel must mail the revisions to each putative class member. No later than ninety days after the day the notice and the consent-to-join are mailed, the plaintiff's counsel must file each executed consent-to-join.

ORDERED in Tampa, Florida, on March 18, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE